WARRANT FOR ARREST  06-337-M-01

CR 12 (Rev. 5/03)

# United States District Court

| | |
|---|---|
| DISTRICT | SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA<br>v.<br>DAHIR ABDULLE SHIRE,<br>a/k/a "Jarato" | DOCKET NO. 06 CRIM. 0600    MAGISTRATE'S CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DAHIR ABDULLE SHIRE,<br>a/k/a "Jarato" |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  ☐ Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

FILED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to distribute khat; conspiracy to import khat

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846; 963 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>Honorable Theodore H. Katz | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>S/ Theodore H. Katz | DATE ORDERED<br>JUL 1 9 2006 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>7-19-2006 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean B McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>7-27-2006 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

