UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

06 - 3 3 7 - M - 01

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                          :

        - v. -                                       :

BASHI MUSE,                                       :
ALI AWAD,                                         :
     a/k/a "Alex,"                                :
     a/k/a "Ali Osman,"                           :
ABDI EMIL MOGE,                                   :
     a/k/a "Abdi Ilmoge,"                         :
OSMAN OSMAN,                                      :
ABDINUR AHMED DAHIR,                              :
     a/k/a "Abdiqadir Husserin,"                  :
ALI DUALEH,                                       :
     a/k/a "Xidig,"                               :
OMER ALI ABDIRIZAK,                               :
     a/k/a "Abdulrazak,"                          :
     a/k/a "Antenno,"                             :
MOHAMED AHMED,                                    :
     a/k/a "Mohamed Sharif,"                      :
     a/k/a "Halloween,"                           :
SAEED BAJUUN,                                     :
     a/k/a "Mohmad Ahmed,"                        :
YASIR MOHAMED,                                    :
     a/k/a "Nadif,"                               :
SOFIA ROBLES,                                     :
     a/k/a "Marcus,"                              :
ISSE ALI SALAD,                                   :
DAHIR ABDULLE SHIRE,                              :
     a/k/a "Jarato,"                              :
MOHAHMED ABDILLAHI MOHAMED,                       :
     a/k/a "Garad,"                               :
ABDULKADIR SHIRE,                                 :
     a/k/a "Fanah,"                               :
ISMAIL ALI MOHAMED,                               :
     a/k/a "Ali Bidar,"                           :
MOHAMED JAMA,                                     :
     a/k/a "Jibouti,"                             :
HASSAN SADIQ MOHAMED,                             :
     a/k/a "Gacal,"                               :
MUHIDIN MOHAMED,                                  :
     a/k/a "Muqabelow,"                           :
LIBAN HASHI,                                      :
BASHIR AHMED,                                     :
MOHAMED ALI,                                      :
     a/k/a "Will Isse,"                           :

**SEALED**
**INDICTMENT**

06 Cr.

# FILED

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
AHMED ISMAIL,                           :
     a/k/a "Bistollo,"                  :
ABDULAHI HUSSEIN,                       :
AHMED SHERIF HASHIM,                    :
MAXAMED ABSHAR,                         :
HUSSEIN AHMED MOHAMED,                  :
ABSHIR AHMED,                           :
     a/k/a "Liban,"                     :
LIBAN ABDULLE,                          :
ISMACIIL GEELE,                         :
AHMED MOHAMOUD EGAL,                    :
     a/k/a "Arabey,"                    :
MOHAMED SHIREH,                         :
DEKO OHERSI,                            :
     a/k/a "Deqa,"                      :
ABDUL HERSI,                            :
     a/k/a "Hurwa,"                     :
WELI MOHAMED ABDI,                      :
     a/k/a "Shine,"                     :
WARFA ABDI DIRIE,                       :
     a/k/a "Jeri,"                      :
HASSAN YUSUF,                           :
MAHAMUD AFDHUB,                         :
WARSAME GULED,                          :
ISSE ABDIWAAB,                          :
     a/k/a "Numberka,"                  :
YOUNAS HAJI,                            :
MOHAMED MOHAMED,                        :
     a/k/a "Tegro,"                     :
ABDIAZIS SALAH MOHAMED,                 :
     a/k/a "Alcohol," and               :
OMAR OSMAN MOHAMED,                     :
                                        :
               Defendants.              :
                                        :
- - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

### (Khat Distribution Conspiracy)

The Grand Jury charges:

1.     From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a

2

"Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN,
ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH,
a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a
"Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a
"Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED,
a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD,
DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED,
a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI
MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN
SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow,"
LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED
ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM,
MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a
"Liban," LIBAN ABDULLE, ISMACIIL GEELE, AHMED MOHAMOUD EGAL,
a/k/a "Arabey," MOHAMED SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL
HERSI, a/k/a "Hurwa," WELI MOHAMED ABDI, a/k/a "Shine," WARFA
ABDI DIRIE, a/k/a "Jeri," HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME
GULED, ISSE ABDIWAAB, a/k/a "Numberka," YOUNAS HAJI, MOHAMED
MOHAMED, a/k/a "Tegro," ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol,"
and OMAR OSMAN MOHAMED, the defendants, and others known and
unknown, unlawfully, intentionally, and knowingly combined,
conspired, confederated, and agreed together and with each other
to violate the narcotics laws of the United States.

     2.    It was a part and an object of the conspiracy that
BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL

MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR,

a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI

ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED,

a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a

"Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a

"Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato,"

MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE,

a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED

JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal,"

MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED,

MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo,"

ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN

AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE,

ISMACIIL GEELE, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED

SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa,"

WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri,"

HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a

"Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS

SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the

defendants, and others known and unknown, would and did

distribute and possess with intent to distribute a controlled

substance, to wit, mixtures and substances containing a

detectable amount of cathinone, in a form commonly known as

"khat," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C)

of Title 21 of the United States Code.

4

## THE MEANS AND METHODS OF THE CONSPIRACY

### I.    THE CULTIVATION AND USE OF KHAT

        3.    The "khat" plant (catha edulis) (hereinafter,
"khat") is a tall, flowering, evergreen shrub cultivated
throughout the Horn of Africa, including in Kenya and Ethiopia.
A photograph of khat plants growing in Africa is attached hereto.
Among the active ingredients in khat are cathinone, a stimulant
which is classified as a Schedule I controlled substance under
United States law, and cathine, which is classified as a Schedule
IV controlled substance under United States law.

        4.    Users of khat chew the leaves and young shoots of
the plant, swallowing the juice and storing the residue in the
side of the mouth until the cheek bulges.  The general effect of
chewing khat is one of euphoria and stimulation.  Side effects
from chewing khat include anorexia, heart disease, hypertension,
cancer of the mouth, disorientation, gastric disorders,
hallucination, hyperactivity, hypertension, impotence, insomnia,
outbursts of irrational violence and, in exceptional cases, toxic
psychosis.

### II.  THE GLOBAL KHAT TRADE

        5.    Much of the khat in Africa is cultivated for
export to khat users in other countries, including the United
States and Europe.  Approximately 150 tons of khat are exported
from Kenya each week.  Khat is Ethiopia's fourth largest export,
and Ethiopia exports more khat than coffee each year.  Criminal

organizations based in Africa export hundreds of thousands of pounds of khat each year to the United States and Europe.

6.    Khat is most potent when used within days of cultivation.  Khat traffickers, therefore, must operate efficiently to transport khat from the Horn of Africa, where it is cultivated, to khat users the United States and Europe.  To this end, khat is harvested daily in Kenya and Ethiopia.  To maintain moisture and freshness, khat traffickers use banana leaves to wrap individual plants into bundles.  Each bundle typically contains 15 to 35 plants.  A photograph of a bundle of khat is attached hereto.

7.    After the khat plants are harvested and wrapped into bundles, khat traffickers transport the bundles of khat by airplane from Kenya and Ethiopia to Europe.  Khat traffickers then utilize two principal techniques to import khat from Europe into the United States for further distribution:  (a) human couriers who fly on commercial aircraft with suitcases containing khat; and (b) express mail deliveries.  Photographs of a suitcase containing khat seized from a human courier, and of boxes containing khat sent by express mail, are attached hereto.

## III. THE CRIMINAL ORGANIZATION'S KHAT-TRAFFICKING CRIMES

8.    At all times relevant to this Indictment, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI

6

ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED,

a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a

"Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a

"Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato,"

MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE,

a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED

JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal,"

MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED,

MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo,"

ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN

AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE,

ISMACIIL GEELE, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED

SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa,"

WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri,"

HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a

"Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS

SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the

defendants, and others known and unknown, were members of an

international khat-trafficking organization (the "Organization")

that imported and distributed at least 25 tons of khat, with a

street value of more than $10 million, into and within the United

States between in or about December 2004 and in or about July

2005.  During the same time period, law enforcement seized more

than 5 tons of khat, worth more than $2 million, from the

Organization.

7

9.    The Organization imported and distributed khat
into and within the United States by (i) arranging for shipments
of khat from Africa to be carried from London to New York by
human couriers flying on commercial airlines, or sending packages
containing khat from the United Kingdom, Italy, the Netherlands,
Germany, Austria and other countries in Europe to New York using
commercial express mail services; (ii) retrieving the khat in New
York and sending it by land to Ohio, Minnesota, Maine,
Massachusetts, Utah, Washington, Illinois, the District of
Columbia, and other states where the khat was sold on the
streets; and (iii) collecting the cash proceeds from the khat
sales, and arranging for the money to be laundered through bank
accounts in the United States to bank accounts in Dubai, United
Arab Emirates, for the benefit of the khat suppliers in Europe
and Africa.

10.    At all times relevant to this Indictment, the
following defendants performed the following roles in the
Organization's khat-trafficking crimes:

a.    <u>Leaders/Organizers</u>.  At all times relevant to
this Indictment, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali
Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," and OSMAN OSMAN, the
defendants, were the principal leaders of the Organization's
khat-trafficking activities.  MUSE was responsible for the
Organization's importation of khat into New York using human
couriers.  MOGE was a principal distributor of the Organization's

8

khat in Minnesota.  AWAD, assisted and advised by OSMAN, was one of the Organization's primary leaders responsible for the Organization's importation of khat in New York using express mail packages.  OSMAN, who was employed at the United Nations, also used the United Nations diplomatic pouch to smuggle khat into the United States.  A photograph of one of the packages used by OSMAN to smuggle khat into New York in the United Nations diplomatic pouch is attached hereto.

        b.   <u>Regional Distributors</u>.  At all times relevant to this Indictment, OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, were among the Organization's regional distributors responsible for coordinating the distribution of the khat, imported by MUSE, AWAD, and MOGE, to retail outlets in their respective cities throughout the United States.  More specifically:

(i)    MOHAMED AHMED, ISMAIL ALI MOHAMED, JAMA, HASSAN SADIQ MOHAMED, MUHIDIN MUHAMED, LIBAN HASHI, BASHIR AHMED, and MOHAMED ALI were among the Organization's regional distributors responsible for coordinating the distribution of khat in New York;

(ii) BAJUUN, HASSAN SADIQ MOHAMED, LIBAN ABDULLE, and ISMACIIL GEELE were among the Organization's regional distributors responsible for coordinating the distribution of khat in Massachusetts;

(iii) YASIR MOHAMED, ROBLES, SALAD, and ISMAIL ALI MOHAMED were among the Organization's regional distributors responsible for coordinating the distribution of khat in Minnesota;

(iv) DAHIR ABDULLE SHIRE and MOHAHMED ABDILLAHI MOHAMED-GARAD were among the Organization's regional distributors responsible for coordinating the distribution of khat in the District of Columbia;

(v)    ABDIRIZAK and ABDULKADIR SHIRE were among the Organization's regional distributors responsible for coordinating the distribution of khat in Ohio;

(vi) AHMED SHARIF HASHIM was among the Organization's regional distributors responsible for coordinating the distribution of khat in Utah;

10

(vii) ABDULLAHI HUSEIN was among the Organization's regional distributors responsible for coordinating the distribution of khat in Maine; and

c.    Transporters.  At all times relevant to this Indictment, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa," WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri," HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a "Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the defendants, were transporters for the Organization responsible for moving shipments of khat from one city to another city within the United States.

d.    Money Launderers.  At all times relevant to this Indictment, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," the defendants, were among the Organization's principal money launderers, and were responsible for receiving cash proceeds from the khat traffickers and arranging for the money to be laundered through bank accounts in the United States to bank accounts in Dubai, United Arab Emirates, for the benefit of the khat suppliers in Europe and Africa.

**OVERT ACTS**

11.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among

11

others, were committed in the Southern District of New York and elsewhere:

a.    On or about December 24, 2004, in Long Island, New York, MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," the defendant, possessed approximately 73 kilograms of khat.

b.    On or about August 18, 2005, in Rego Park, New York, HASSAN SADIQ MOHAMED, a/k/a "Gacal," and MUHIDIN MOHAMED, a/k/a "Muqabelow," possessed approximately 87.49 kilograms of khat.

c.    In or about December 2005, in New York, OSMAN OSMAN, the defendant, received a shipment of khat in the United Nations diplomatic pouch.

d.    On or about December 13, 2005, in Fort Lee, New Jersey, OSMAN OSMAN and ISSE ABDIWAAB, a/k/a "Numberka," the defendants, possessed khat, which OSMAN had received in the United Nations diplomatic pouch.

e.    On or about January 20, 2006, at Dulles International Airport in Virginia, two human couriers possessed approximately 73 kilograms of khat that were to be delivered to BASHI MUSE, the defendant.

f.    On or about January 26, 2006, in New Jersey, AHMED MOHAMOUD EGAL, a/k/a "Arabey," possessed approximately 23 kilograms of khat.

12

g.    On or about January 27, 2006, in New York, ISMACIIL GEELE, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

h.    On or about January 31, 2006, in Maine, ABDULAHI HUSSEIN, the defendant, spoke with a law enforcement officer acting in an undercover capacity (the "Undercover") about recruiting the Undercover to fly to London and then return to the United States carrying khat.

i.    On or about February 10, 2006, in New York, New York, YOUNAS HAJI, the defendant, possessed approximately 7 kilograms of khat.

j.    On or about February 10, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and ALI DUALEH, a/k/a "Xidig," the defendants, spoke by telephone about the rate DUALEH would charge to launder khat proceeds for AWAD.

k.    On or about February 13, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, retrieved packages containing khat from a commercial mail delivery company.

l.    On or about February 16, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package, which was seized by law enforcement, containing approximately 25 kilograms of khat that had been shipped to New York from the Netherlands.

13

m.    On or about February 17, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to send packages containing approximately 45 kilograms of khat to California, which were seized by law enforcement.

n.    On or about February 21, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, and a co-conspirator not named as a defendant herein retrieved packages containing khat from a commercial mail delivery company.

o.    On or about February 23, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," the defendants, possessed approximately 16 kilograms of khat, which was seized by law enforcement.

p.    On or about February 25, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told ISSE ALI SALAD, the defendant, over the telephone that SOFIA ROBLES, a/k/a "Marcus," the defendant, had described AWAD as the "king" of the khat business.

q.    On or about February 26, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 100 kilograms of khat, which were seized by law enforcement, and which were to be distributed by OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," and ISSE ALI SALAD, the defendants.

14

r.   On or about March 2, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package containing approximately 48 kilograms of khat, which was seized by law enforcement.

s.   On or about March 8, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

t.   On or about March 9, 2006, BASHI MUSE, the defendant, told a co-conspirator not named as a defendant herein over the telephone that "his experience in Columbus, [Ohio] was terrible, because Somalis living there have been ruined by khat."

u.   On or about March 10, 2006, BASHI MUSE and ABDUL HERSI, a/k/a "Hurwa," the defendants, spoke by telephone about HERSI picking up boxes of khat for MUSE.

v.   On or about March 13, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and AHMED ISMAIL, a/k/a "Bistollo," the defendants, spoke by telephone about ISMAIL distributing khat for AWAD.

w.   On or about March 13, 2006, in Ohio, MAXAMED ABSHAR and HUSSEIN AHMED MOHAMED, the defendants, possessed approximately 77 kilograms of khat, which was seized by law enforcement.

15

x.    On or about March 13, 2006, BASHI MUSE and ABSHIR AHMED, a/k/a "Liban," the defendants, spoke by telephone about the seizure of approximately 77 kilograms of khat in Ohio.

y.    On or about March 15, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told a co-conspirator not named as a defendant herein over the telephone that AWAD "runs the city of Minneapolis and he is the biggest mafia."

z.    On or about March 15, 2006, BASHI MUSE and DEKO OHERSI, a/k/a "Deqa," the defendants, spoke by telephone regarding OHERSI distributing khat for MUSE in Ohio.

aa.    On or about March 16, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," ABDULKADIR SHIRE, a/k/a "Fanah," YOUNAS HAJI, and SAEED BAJUUN, a/k/a "Mohamed Ahmed," the defendants, attempted to receive packages containing approximately 141 kilograms of khat, which were seized by law enforcement.

bb.    On or about March 17, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," ABDULKADIR SHIRE,  a/k/a "Fanah," and YOUNAS HAJI, the defendants, attempted to receive packages containing approximately 46 kilograms of khat, which were seized by law enforcement.

cc.    On or about March 17, 2006, in Minnesota, SOFIA ROBLES, a/k/a "Marcus," and WELI MOHAMED ABDI, a/k/a "Shine," the defendants, possessed a box containing khat.

16

dd.  On or about March 23, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, SAEED BAJUUN, a/k/a "Mohamed Ahmed," and HASSAN SADIQ MOHAMED, a/k/a "Gacal," the defendants, attempted to receive packages containing approximately 101 kilograms of khat, which were seized by law enforcement.

ee.  On or about March 23, 2006, in New York, New York, BASHI MUSE, the defendant, met a human courier not named as a defendant herein and the courier's three-year-old child to pay the courier for transporting khat to New York from London.

ff.  On or about March 23, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and WARFA ABDI DIRIE, a/k/a "Jeri," the defendants, spoke by telephone regarding DIRIE picking up khat for AWAD.

gg.  On or about March 29, 2006, in New York, ABDULKADIR SHIRE, a/k/a "Fanah," the defendant, possessed approximately 53 kilograms of khat, which he attempted to deliver for BASHI MUSE, ISMACIIL GEELE, and BASHIR AHMED, the defendants.

hh.  On or about April 10, 2006, in Minnesota, ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the defendants, possessed approximately 2.7 kilograms of khat.

ii.  On or about April 11, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," the defendant, attempted to receive a package containing approximately 97 kilograms of khat, which was seized by law enforcement.

17

jj.  On or about April 19, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, and OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," the defendants, attempted to receive packages containing approximately 63 kilograms of khat, which were seized by law enforcement.

kk.  On or about April 19, 2006, BASHI MUSE and HASSAN YUSUF, the defendants, spoke by telephone about MUSE's distribution of khat to YUSUF.

ll.  On or about May 3, 2006, in New York, BASHI MUSE, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," MOHAMED MOHAMED, a/k/a "Tegro," and WARSAME GULED, the defendants, attempted to receive approximately 70 kilograms of khat, which had been imported into the United States by a human courier.

mm.  On or about May 8, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and ISMACIIL GEELE, the defendants, attempted to receive packages containing approximately 45 kilograms of khat, which were seized by law enforcement.

nn.  On or about May 16, 2006, in New York, New York, BASHI MUSE, the defendant, attempted to receive packages containing approximately 22 kilograms of khat, which were seized by law enforcement.

oo.  On or about May 23, 2006, in New York, New York, BASHI MUSE and AHMED MOHAMOUD EGAL, a/k/a "Arabey," the

18

defendants, and a co-conspirator not named as a defendant herein, attempted to receive packages containing approximately 41 kilograms of khat, which were seized by law enforcement.

pp.  On or about June 7, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 10 kilograms of khat, which were seized by law enforcement.

qq.  On or about June 2, 2006, BASHI MUSE and MOHAMED ALI, a/k/a "Will Isse," the defendants, spoke by telephone about ALI picking up khat for MUSE that had arrived in the United States from the Netherlands.

rr.  On or about June 10, 2006, in Minnesota, BASHI MUSE and YASIR MOHAMED, a/k/a "Nadif," the defendants, drove to an airport to meet a human courier transporting khat into the United States.

ss.  On or about June 23, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by telephone and MOHMAED provided MUSE with the name of a khat customer MUSE suspected of stealing khat from him who MUSE wanted to kill.

tt.  On or about June 23, 2006, BASHI MUSE, the defendant recorded a voicemail message for the khat customer who he suspected of having stolen khat from him, stating "Be prepared for your death.  I swear to God you will die."

uu.  On or about June 27, 2006, in New York, New York, BASHI MUSE, the defendant, delivered approximately 7 kilograms of khat to a co-conspirator not named as a defendant herein.

vv.  On or about June 28, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package containing approximately 7 kilograms of khat, which was seized by law enforcement.

ww.  On or about June 29, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by telephone about MUSE's efforts to kill a khat customer who MUSE suspected of stealing khat from him.

xx.  On or about July 7, 2006, in Utah, AHMED SHERIF HASHIM, the defendant, attempted to receive a package containing approximately 44 kilograms of khat, which was seized by law enforcement.

yy.  On or about July 12, 2006, in New York, New York, MOHAMED SHIREH, the defendant, possessed approximately three boxes containing approximately 31 kilograms of khat.

(Title 21, United States Code, Section 846.)

20

## COUNT TWO

(Khat Importation Conspiracy)

The Grand Jury further charges:

11.  The allegations set forth in paragraphs one through ten are repeated and re-alleged as if fully set forth herein.

12.  From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together

21

and with each other to violate the narcotics laws of the United States.

13. It was a part and an object of the conspiracy that BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a "Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, and ISMACIIL GEELE, the defendants, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code.

## OVERT ACTS

14.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about December 24, 2004, in Long Island, New York, MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," the defendant, possessed approximately 73 kilograms of khat.

b.    On or about August 18, 2005, in Rego Park, New York, HASSAN SADIQ MOHAMED, a/k/a "Gacal," and MUHIDIN MOHAMED, a/k/a "Muqabelow," possessed approximately 87.49 kilograms of khat.

c.    In or about December 2005, in New York, OSMAN OSMAN, the defendant, received a shipment of khat in the United Nations diplomatic pouch.

d.    On or about December 13, 2005, in Fort Lee, New Jersey, OSMAN OSMAN and ISSE ABDIWAAB, a/k/a "Numberka," the defendants, possessed khat, which OSMAN had received in the United Nations diplomatic pouch.

e.    On or about January 20, 2006, at Dulles International Airport in Virginia, two human couriers possessed approximately 73 kilograms of khat that were to be delivered to BASHI MUSE, the defendant.

23

f.    On or about January 27, 2006, in New York,
ISMACIIL GEELE, the defendant, attempted to receive a package
containing approximately 40 kilograms of khat, which was seized
by law enforcement.

g.    On or about January 31, 2006, in Maine,
ABDULAHI HUSSEIN, the defendant, spoke with a law enforcement
officer acting in an undercover capacity (the "Undercover") about
recruiting the Undercover to fly to London and then return to the
United States carrying khat.

h.    On or about February 10, 2006, ALI AWAD,
a/k/a "Alex," a/k/a "Ali Osman," and ALI DUALEH, a/k/a "Xidig,"
the defendants, spoke by telephone about the rate DUALEH would
charge to launder khat proceeds for AWAD.

i.    On or about February 13, 2006, in New York,
New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the
defendant, retrieved packages containing khat from a commercial
mail delivery company.

j.    On or about February 16, 2006, in New York,
New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the
defendant, attempted to receive a package, which was seized by
law enforcement, containing approximately 25 kilograms of khat
that had been shipped to New York from the Netherlands.

k.    On or about February 17, 2006, in New York,
New York, LIBAN HASHI, the defendant, attempted to send packages

24

containing approximately 45 kilograms of khat to California, which were seized by law enforcement.

l.    On or about February 21, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, and a co-conspirator not named as a defendant herein retrieved packages containing khat from a commercial mail delivery company.

m.    On or about February 23, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," the defendants, possessed approximately 16 kilograms of khat, which was seized by law enforcement.

n.    On or about February 25, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told ISSE ALI SALAD, the defendant, over the telephone that SOFIA ROBLES, a/k/a "Marcus," the defendant, had described AWAD as the "king" of the khat business.

o.    On or about February 26, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 100 kilograms of khat, which were seized by law enforcement, and which were to be distributed by OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," and ISSE ALI SALAD, the defendants.

p.    On or about March 2, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package

25

containing approximately 48 kilograms of khat, which was seized by law enforcement.

q.   On or about March 8, 2006, in New York, New York, LIBAN HASHI, the defendant, attempted to receive a package containing approximately 40 kilograms of khat, which was seized by law enforcement.

r.   On or about March 9, 2006, BASHI MUSE, the defendant, told a co-conspirator not named as a defendant herein over the telephone that "his experience in Columbus, [Ohio] was terrible, because Somalis living there have been ruined by khat."

s.   On or about March 13, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and AHMED ISMAIL, a/k/a "Bistollo," the defendants, spoke by telephone about ISMAIL distributing khat for AWAD.

t.   On or about March 13, 2006, in Ohio, MAXAMED ABSHAR and HUSSEIN AHMED MOHAMED, the defendants, possessed approximately 77 kilograms of khat, which was seized by law enforcement.

u.   On or about March 13, 2006, BASHI MUSE and ABSHIR AHMED, a/k/a "Liban," the defendants, spoke by telephone about the seizure of approximately 77 kilograms of khat in Ohio.

v.   On or about March 15, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, told a co-conspirator not named as a defendant herein over the telephone that AWAD "runs the city of Minneapolis and he is the biggest mafia."

w.   On or about March 16, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," ABDULKADIR SHIRE, a/k/a "Fanah," YOUNAS HAJI, and SAEED BAJUUN, a/k/a "Mohamed Ahmed," the defendants, attempted to receive packages containing approximately 141 kilograms of khat, which were seized by law enforcement.

x.   On or about March 17, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," ABDULKADIR SHIRE,  a/k/a "Fanah," and YOUNAS HAJI, the defendants, attempted to receive packages containing approximately 46 kilograms of khat, which were seized by law enforcement.

y.   On or about March 17, 2006, in Minnesota, SOFIA ROBLES, a/k/a "Marcus," and WELI MOHAMED ABDI, a/k/a "Shine," the defendants, possessed a box containing khat.

z.   On or about March 23, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, SAEED BAJUUN, a/k/a "Mohamed Ahmed," and HASSAN SADIQ MOHAMED, a/k/a "Gacal," the defendants, attempted to receive packages containing approximately 101 kilograms of khat, which were seized by law enforcement.

aa.   On or about March 23, 2006, in New York, New York, BASHI MUSE, the defendant, met a human courier not named as a defendant herein and the courier's three-year-old child to pay the courier for transporting khat to New York from London.

27

bb.  On or about March 29, 2006, in New York, ABDULKADIR SHIRE, a/k/a "Fanah," the defendant, possessed approximately 53 kilograms of khat, which he attempted to deliver for BASHI MUSE, ISMACIIL GEELE, and BASHIR AHMED, the defendants.

cc.  On or about April 10, 2006, in Minnesota, ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, the defendants, possessed approximately 2.7 kilograms of khat.

dd.  On or about April 11, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," the defendant, attempted to receive a package containing approximately 97 kilograms of khat, which was seized by law enforcement.

ee.  On or about April 19, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," MAHAMUD AFDHUB, and OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," the defendants, attempted to receive packages containing approximately 63 kilograms of khat, which were seized by law enforcement.

ff.  On or about May 3, 2006, in New York, BASHI MUSE, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," MOHAMED MOHAMED, a/k/a "Tegro," and WARSAME GULED, the defendants, attempted to receive approximately 70 kilograms of khat, which had been imported into the United States by a human courier.

gg.  On or about May 8, 2006, in New York, New York, MOHAMED JAMA, a/k/a "Jibouti," and ISMACIIL GEELE, the defendants, attempted to receive packages containing

28

approximately 45 kilograms of khat, which were seized by law enforcement.

        hh.  On or about May 16, 2006, in New York, New York, BASHI MUSE, the defendant, attempted to receive packages containing approximately 22 kilograms of khat, which were seized by law enforcement.

        ii.  On or about May 23, 2006, in New York, New York, BASHI MUSE and AHMED MOHAMOUD EGAL, a/k/a "Arabey," the defendants, and a co-conspirator not named as a defendant herein, attempted to receive packages containing approximately 41 kilograms of khat, which were seized by law enforcement.

        jj.  On or about June 7, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive packages containing approximately 10 kilograms of khat, which were seized by law enforcement.

        kk.  On or about June 2, 2006, BASHI MUSE and MOHAMED ALI, a/k/a "Will Isse," the defendants, spoke by telephone about ALI picking up khat for MUSE that had arrived in the United States from the Netherlands.

        ll.  On or about June 10, 2006, in Minnesota, BASHI MUSE and YASIR MOHAMED, a/k/a "Nadif," the defendants, drove to an airport to meet a human courier transporting khat into the United States.

        mm.  On or about June 23, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by

telephone and MOHMAED provided MUSE with the name of a khat customer MUSE suspected of stealing khat from him who MUSE wanted to kill.

nn. On or about June 23, 2006, BASHI MUSE, the defendant recorded a voicemail message for the khat customer who he suspected of having stolen khat from him and stated: "Be prepared for your death.  I swear to God you will die."

oo. On or about June 27, 2006, in New York, New York, BASHI MUSE, the defendant, delivered approximately 7 kilograms of khat to a co-conspirator not named as a defendant herein.

pp. On or about June 28, 2006, in New York, New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, attempted to receive a package containing approximately 7 kilograms of khat, which was seized by law enforcement.

qq. On or about June 29, 2006, BASHI MUSE and ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," the defendants, spoke by telephone about MUSE's efforts to kill a khat customer who MUSE suspected of stealing khat from him.

rr. On or about July 7, 2006, in Utah, AHMED SHERIF HASHIM, the defendant, attempted to receive a package containing approximately 44 kilograms of khat, which was seized by law enforcement.

ss.  On or about July 12, 2006, in New York, New York, MOHAMED SHIREH, the defendant, possessed approximately three boxes containing approximately 31 kilograms of khat.

(Title 21, United States Code, Section 963.)

## COUNT THREE

(Money Laundering Conspiracy)

The Grand Jury further charges:

15.  The allegations set forth in paragraphs one through ten are repeated and re-alleged as if fully set forth herein.

16.  From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," and ALI DUALEH, a/k/a "Xidig," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a) of Title 18, United States Code.

17.  It was a part and an object of the conspiracy that BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," and ALI DUALEH, a/k/a "Xidig," the defendants, and others known and unknown, in an offense involving and affecting

31

interstate and foreign commerce, knowing that the property

involved in certain financial transactions, to wit, the transfer

of hundreds of thousands of dollars in cash, represented the

proceeds of some form of unlawful activity, unlawfully,

willfully, and knowingly would and did conduct and attempt to

conduct such financial transactions which in fact involved the

proceeds of specified unlawful activity, to wit, the proceeds of

illegal narcotics transactions, knowing that the transactions

were designed in whole and in part to conceal the nature, the

location, the source, the ownership and the control of the

proceeds of specified unlawful activity, in violation of Title

18, United States Code, Section 1956(a)(1)(B)(i).

        18.   It was further a part and an object of the

conspiracy that BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali

Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," ABDINUR AHMED DAHIR,

a/k/a "Abdiqadir Husserin," and ALI DUALEH, a/k/a "Xidig," the

defendants, and others known and unknown, in an offense involving

and affecting interstate and foreign commerce, knowing that the

property involved in certain financial transactions, to wit, the

transfer of hundreds of thousands of dollars in cash, represented

the proceeds of some form of unlawful activity, unlawfully,

willfully, and knowingly would and did conduct and attempt to

conduct such financial transactions which in fact involved the

proceeds of specified unlawful activity, to wit, the proceeds of

illegal narcotics transactions, with the intent to promote the

32

carrying on of specified unlawful activity, to wit, the
importation and distribution of khat, in violation of Title 18,
United States Code, Section 1956(a)(1)(A)(i).

### THE MEANS AND METHODS OF THE CONSPIRACY

19.   Among the means and methods employed in carrying
out the money-laundering conspiracy were the following:

a.   At all times relevant to this Indictment,
BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL
MOGE, a/k/a "Abdi Ilmoge," ABDINUR AHMED DAHIR, a/k/a "Abdiqadir
Husserin," and ALI DUALEH, a/k/a "Xidig," the defendants,
utilized "hawalas," informal networks of money remitters commonly
used in Africa and the Middle East to transfer money, to launder
khat proceeds in the United States for the benefit of khat
suppliers in Europe and Africa.

b.   More specifically, BASHI MUSE, ALI AWAD,
a/k/a "Alex," a/k/a "Ali Osman," and ABDI EMIL MOGE, a/k/a "Abdi
Ilmoge," the defendants, delivered millions of dollars in United
States currency from khat sales throughout the United States to
ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," and ALI DUALEH,
a/k/a "Xidig," the defendants, at hawalas in New York, Minnesota,
Ohio, and other places, for the benefit of the khat suppliers in
Europe and Africa.  After receiving the money at the hawalas,
DAHIR and DUALEH reconciled their hawala accounts with other co-
conspirators in Europe, Africa, and Dubai, United Arab Emirates,
and wire transferred a portion of the khat proceeds from bank

33

accounts in the United States to bank accounts in Dubai, United Arab Emirates, for the benefit of the khat suppliers.

## OVERT ACTS

20.    In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    From in or about December 2004, up through and including in or about July 2006, in Minnesota, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," the defendant, operated a hawala business used to launder khat proceeds.

b.    On or about February 10, 2006, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," and ALI DUALEH, a/k/a "Xidig," the defendants, spoke by telephone about the rate DUALEH would charge to launder khat proceeds.

c.    On or about March 24, 2006, BASHI MUSE, and ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the defendants, spoke by telephone about using hawalas to launder $23,000 in khat proceeds.

d.    On or about March 30, 2006, BASHI MUSE, the defendant, spoke by telephone with a khat supplier in Europe not named as a defendant herein to reconcile their respective accounts from prior khat shipments, summarizing revenues and expenses, and discussing one khat shipment that yielded profits of $24,700.

34

e.    On or about April 14, 2006, in New York, New York, ALI DUALEH, a/k/a "Xidig," the defendant, spoke by telephone with a co-conspirator not named as a defendant herein about khat proceeds to be remitted to Nairobi, London, and the Netherlands.

f.    On or about April 24, 2006, BASHI MUSE, the defendant, spoke by telephone with a khat supplier in Europe not named as a defendant herein about having laundered $25,400 as payment for a shipment of khat.

g.    On or about July 10, 2006, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the defendant, stated during a telephone conversation with a co-conspirator not named as a defendant herein that: "I have money but I cannot deposit in the bank. You know my money and how I earn it. What I do is I deposit with Abdinur hawala, and if I ask him for large amount[s] of money, it will take some time because Abdinur has to call Dubai."

(Title 18, United States Code, Section 1956(h).)

## COUNT FOUR

(Continuing Criminal Enterprise)

The Grand Jury further charges:

21.    The allegations set forth in paragraphs one through ten are repeated and re-alleged as if fully set forth herein.

35

22.  From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, the defendant, unlawfully, intentionally, and knowingly did engage in a continuing criminal enterprise, in that he committed violations of Title 21, United States Code, Sections 812, 841(a)(1), 843, 846, 952(a) and 960(b)(3), including violations one through three set forth below, which violations were part of a continuing series of violations of those statutes undertaken by MUSE in concert with five or more other persons, with respect to whom MUSE occupied a position of organizer, supervisor and manager, and from which continuing series of violations MUSE obtained substantial income and resources.  The continuing series of violations, as defined by Title 21, United States Code, Section 848(c), included the following violations set forth below:

### Violation One

23.  From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, BASHI MUSE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.  It was a part and an object of the conspiracy that MUSE and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C) of Title 21 of the United States Code.

### Violation Two

24.  From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New

36

York and elsewhere, BASHI MUSE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.    It was a part and an object of the conspiracy that MUSE and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code.

### Violation Three

25.    On or about June 27, 2006, in the Southern District of New York, BASHI MUSE, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

(Title 21, United States Code, Section 848(a).)

## COUNT FIVE

(Continuing Criminal Enterprise)

The Grand Jury further charges:

26.    The allegations set forth in paragraphs one through ten are repeated and re-alleged as if fully set forth herein.

27.    From at least in or about December 2004, up to and including in or about July 2006, in the Southern District of New York and elsewhere, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," the defendant, unlawfully, intentionally, and knowingly did engage in a continuing criminal enterprise, in that he committed violations of Title 21, United States Code, Sections 812,

37

841(a)(1), 843, 846, 952(a) and 960(b)(3), including violations

one through four set forth below, which violations were part of a

continuing series of violations of those statutes undertaken by

AWAD, the defendant, in concert with five or more other persons,

with respect to whom AWAD occupied a position of organizer,

supervisor and manager, and from which continuing series of

violations AWAD obtained substantial income and resources. The

continuing series of violations, as defined by Title 21, United

States Code, Section 848(c), included the following violations set

forth below:

### Violation One

28.    From at least in or about December 2004, up to and
including in or about July 2006, in the Southern District of New
York and elsewhere, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman,"
the defendant, and others known and unknown, unlawfully,
intentionally, and knowingly combined, conspired, confederated,
and agreed together and with each other to violate the narcotics
laws of the United States. It was a part and an object of the
conspiracy that AWAD and others known and unknown, would and did
distribute and possess with intent to distribute a controlled
substance, to wit, mixtures and substances containing a
detectable amount of cathinone, in a form commonly known as
"khat," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C)
of Title 21 of the United States Code.

### Violation Two

29.    From at least in or about December 2004, up to and
including in or about July 2006, in the Southern District of New
York and elsewhere, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman,"
the defendant, and others known and unknown, unlawfully,
intentionally, and knowingly combined, conspired, confederated,
and agreed together and with each other to violate the narcotics
laws of the United States. It was a part and an object of the
conspiracy that AWAD and others known and unknown, would and did
import into the United States from a place outside thereof a
controlled substance, to wit, mixtures and substances containing
a detectable amount of cathinone, in a form commonly known as

"khat," in violation of Sections 812, 952(a) and 960(b)(3) of
Title 21 of the United States Code.

### Violation Three

30.   On or about February 13, 2006, in the Southern
District of New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman,"
the defendant, unlawfully, intentionally, and knowingly did
distribute and possess with intent to distribute a controlled
substance, to wit, mixtures and substances containing a
detectable amount of cathinone, in a form commonly known as
"khat," in violation of Title 21, United States Code, Sections
812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States
Code, Section 2.

### Violation Four

31.   On or about February 21, 2006, in the Southern
District of New York, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman,"
the defendant, unlawfully, intentionally, and knowingly did
distribute and possess with intent to distribute a controlled
substance, to wit, mixtures and substances containing a
detectable amount of cathinone, in a form commonly known as
"khat," in violation of Title 21, United States Code, Sections
812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States
Code, Section 2.

(Title 21, United States Code, Section 848(a).)

### COUNT SIX

(Continuing Criminal Enterprise)

The Grand Jury further charges:

32.   The allegations set forth in paragraphs one

through ten are repeated and re-alleged as if fully set forth

herein.

33.   From at least in or about December 2004, up to and

including in or about July 2006, in the Southern District of New

York and elsewhere, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the

defendant, unlawfully, intentionally, and knowingly did engage in

39

a continuing criminal enterprise, in that he committed violations

of Title 21, United States Code, Sections 812, 841(a)(1), 843,

846, 952(a) and 960(b)(3), including violations one through four

set forth below, which violations were part of a continuing

series of violations of those statutes undertaken by MOGE in

concert with five or more other persons, with respect to whom

MOGE occupied a position of organizer, supervisor and manager,

and from which continuing series of violations MOGE obtained

substantial income and resources.  The continuing series of

violations, as defined by Title 21, United States Code, Section

848(c), includes the following violations set forth below:

### Violation One

34.  From at least in or about December 2004, up to and
including in or about July 2006, in the Southern District of New
York and elsewhere, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the
defendant, and others known and unknown, unlawfully,
intentionally, and knowingly combined, conspired, confederated,
and agreed together and with each other to violate the narcotics
laws of the United States.  It was a part and an object of the
conspiracy that MOGE and others known and unknown, would and did
distribute and possess with intent to distribute a controlled
substance, to wit, mixtures and substances containing a
detectable amount of cathinone, in a form commonly known as
"khat," in violation of Sections 812, 841(a)(1) and 841(b)(1)(C)
of Title 21 of the United States Code.

### Violation Two

35.  From at least in or about December 2004, up to and
including in or about July 2006, in the Southern District of New
York and elsewhere, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the
defendant, and others known and unknown, unlawfully,
intentionally, and knowingly combined, conspired, confederated,
and agreed together and with each other to violate the narcotics
laws of the United States.  It was a part and an object of the
conspiracy that MOGE and others known and unknown, would and did
import into the United States from a place outside thereof a

controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code.

### Violation Three

36. On or about July 7, 2006, in the District of Utah, ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," the defendant, unlawfully, intentionally, and knowingly did import into the United States from a place outside thereof a controlled substance, to wit, mixtures and substances containing a detectable amount of cathinone, in a form commonly known as "khat," in violation of Sections 812, 952(a) and 960(b)(3) of Title 21 of the United States Code and Title 18, United States Code, Section 2.

(Title 21, United States Code, Section 848(a).)

### FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

37. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, defendants BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," OSMAN OSMAN, ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," ALI DUALEH, a/k/a "Xidig," OMER ALI ABDIRIZAK, a/k/a "Abdulrazak," a/k/a "Antenno," MOHAMED AHMED, a/k/a "Mohamed Sharif," a/k/a "Halloween," SAEED BAJUUN, a/k/a "Mohmad Ahmed," YASIR MOHAMED, a/k/a "Nadif," SOFIA ROBLES, a/k/a "Marcus," ISSE ALI SALAD, DAHIR ABDULLE SHIRE, a/k/a "Jarato," MOHAHMED ABDILLAHI MOHAMED, a/k/a "Garad," ABDULKADIR SHIRE, a/k/a "Fanah," ISMAIL ALI MOHAMED, a/k/a "Ali Bidar," MOHAMED JAMA, a/k/a "Jibouti," HASSAN SADIQ MOHAMED, a/k/a "Gacal," MUHIDIN MOHAMED, a/k/a "Muqabelow," LIBAN HASHI, BASHIR AHMED, MOHAMED ALI, a/k/a "Will Isse," AHMED ISMAIL, a/k/a

"Bistollo," ABDULAHI HUSSEIN, AHMED SHERIF HASHIM, MAXAMED ABSHAR, HUSSEIN AHMED MOHAMED, ABSHIR AHMED, a/k/a "Liban," LIBAN ABDULLE, ISMACIIL GEELE, AHMED MOHAMOUD EGAL, a/k/a "Arabey," MOHAMED SHIREH, DEKO OHERSI, a/k/a "Deqa," ABDUL HERSI, a/k/a "Hurwa," WELI MOHAMED ABDI, a/k/a "Shine," WARFA ABDI DIRIE, a/k/a "Jeri," HASSAN YUSUF, MAHAMUD AFDHUB, WARSAME GULED, ISSE ABDIWAAB, a/k/a "Numberka," YOUNAS HAJI, MOHAMED MOHAMED, a/k/a "Tegro," ABDIAZIS SALAH MOHAMED, a/k/a "Alcohol," and OMAR OSMAN MOHAMED, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts One and Two of this Indictment, including but not limited to, a sum of money equal to $10 million in United States currency representing the amount of proceeds obtained as a result of the offenses described in Counts One and Two of this Indictment.

　　　　38.　If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

　　　　　　a.　cannot be located upon the exercise of due diligence;

　　　　　　b.　has been transferred or sold to, or deposited with, a third person;

42

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 963 and 853.)

## FORFEITURE ALLEGATION AS TO COUNT THREE

  39. As a result of committing the money-laundering offenses alleged in Count Three of this Indictment, defendants BASHI MUSE, ALI AWAD, a/k/a "Alex," a/k/a "Ali Osman," ABDI EMIL MOGE, a/k/a "Abdi Ilmoge," ABDINUR AHMED DAHIR, a/k/a "Abdiqadir Husserin," and ALI DUALEH, a/k/a "Xidig," shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to: a sum of money equal to at least $10 million in United States currency, representing the amount of property involved in the money laundering offenses and traceable to the money laundering offenses.

40. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)


_Betty Bradley_
FOREPERSON

_Michl J Garci_
MICHAEL J. GARCIA
United States Attorney

44

(Title 18, United States Code, Sections
982, 1956(h) and Title 21, United States
Code, Sections 846, 848(a), 853, and 963)


                          MICHAEL J. GARCIA
                        United States Attorney


                    A TRUE BILL.


                    *Betty Bradley*


Foreperson.