2006 FDC 015699   File Date: 07/27/2006

06-337-M-01

## UNITED STATES Vs. DAHIRE A SHIRE

PDID #:

Lock up number: 10

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7.27.06 NO BOND. FEDERAL REMOVAL HRG. HELD.

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_____ DISTRICT OF COLUMBIA _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

DAHIR ABDULLE SHIRE, a/k/a "Jarato"

CASE NUMBER: 06 CRIM. 0600

The defendant is charged with a violation of __21__ U.S.C. 841(a), 846, and 963 alleged to have been committed in the __Southern__ District of __New York__.

Brief Description of Charge(s):

Conspiracy to distribute Khat; conspiracy to import Khat; and Distribution and PWID of Khat

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

| 7/27/06 | M. [signature] |
| Date | Judicial Officer |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

__Dahir Abdulle Shire__
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: _____

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the __Southern__ District of __New York__

alleging violation of __21 USC 846, 963__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Dahir Shire_
Defendant

__7-27-06__
Date

_____
Defense Counsel