

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA

V.

DAHIR ABDULLE SHIRE, a/k/a "Jarato"

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 06 CRIM. 0600

The defendant is charged with a violation of __21__ U.S.C. __841(a), 846, and 963__ alleged to have been committed in the __Southern__ District of __New York__

Brief Description of Charge(s):

Conspiracy to distribute Khat; conspiracy to import Khat; and Distribution and P— of Khat

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__7/27/06__
Date

__M. Lee__
Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |