# United States District Court
## For the District of Columbia
### 333 Constitution Avenue, NW
### Washington, D.C. 20001
#### Date: 7/31/06

**FILED**

Nancy Mayer-Whittington
Clerk of the Court

AUG 1 5 2006

Address of Other Court: United States District Court
500 Pearl Street
New York, NY 10007-1312

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 06MG337 Dahir Abdulle Shire
-aka- Jarato

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X  Docket Sheet                             Warrant of Removal

X Warrant/Indictment                        Order of Removal

   Minute Order Appointing Counsel      X   Detention Order

   Corporate Surety Bond                X   Waiver of Removal

   Personal Surety Bond

X  Other-Blotter dated 7/31/06


Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

